UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17-CR-0456-RHW |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING REQUEST FOR APPOINTMENT OF NEW COUNSEL** |
| STEVEN ANDREW HERNANDEZ, | |
| Defendant. | |

Before the Court is a request from Defendant Steven Andrew Hernandez for appointment of new counsel. ECF No. 39. A hearing was held before the Court on December 1, 2017. This Order memorializes the Court's oral ruling. The Court listened to request from Mr. Hernandez and responses from counsel. The Court has given full consideration to the request and **DENIES** Mr. Hernandez's request for appointment of new counsel. The Court additionally urges counsel to speak with Mr. Hernandez.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 7th day of December, 2017.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER DENYING DEFENDANT'S REQUEST FOR APPOINTMENT OF NEW COUNSEL** \* 1